UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GWENDOLYN HOLLAND,<br><br>         Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC. and<br>CARRINGTON MORTGAGE SERVICES,<br>LLC,<br><br>         Defendants. | C.A. No.   17-cv-11212 |

**SELECT PORTFOLIO SERVICING, INC.'S**
**MOTION FOR SANCTIONS**

Select Portfolio Servicing, Inc. ("SPS") hereby moves for sanctions pursuant to the Court's Memorandum of Decision of March 14, 2018 (Docket No. 37) ("the Decision"). As grounds for this motion, SPS incorporates by reference the reasons and authorities set forth in the Court's Decision. The amount of fees that SPS seeks for wasteful work concerning the JPMorgan Chase Affidavit are (a) $2,542 for obtaining the affidavit and preparing related status reports to the Court; and (b) $2,175 for objecting to Plaintiff's request to strike the affidavit.[1] In further support of this motion, SPS directs the Court's attention to the accompanying Affidavit of Carl E. Fumarola.

WHEREFORE, SPS requests that the Court enter an Order awarding it legal fees totaling $4,717.[2]

---

[1] Even though the improper conduct referenced in the Decision directly caused SPS to incur legal fees of $3,637 when responding to Plaintiff's request to withdraw from the dismissal agreement, SPS is not seeking to recover those fees.

[2] The Court should note that SPS was willing to waive its ability to recover these legal fees and have this litigation end, as recognized in the Decision at n.3, provided that Plaintiff agrees to not appeal this matter and let the litigation end.  Plaintiff was unwilling to enter into such an agreement, however.

- 2 -

                                      Respectfully submitted,

                                      SELECT PORTFOLIO SERVICING, INC.,

                                      By its attorneys,

                                      */s/ Carl E. Fumarola*
                                      Kevin P. Polansky (BBO #667229)
                                      Carl E. Fumarola (BBO #659019)
                                      Nelson Mullins Riley & Scarborough LLP
                                      One Post Office Square, 30th Floor
Date:  March 28, 2018                Boston, MA 02109
                                      617-573-4700 (phone)
                                      617-573-4710 (fax)
                                      kevin.polansky@nelsonmullins.com
                                      carl.fumarola@nelsonmullins.com

## CERTIFICATE OF SERVICE

     I, Carl E. Fumarola, certify that on this 28th day of March, 2018, I filed the foregoing document through the ECF system, thereby serving it electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on this date.  The foregoing document is available for viewing and downloading from the ECF system.

                                      /s/ *Carl E. Fumarola*
                                      Carl E. Fumarola